**In the Interest of B.N.R. and N.D.R., Juveniles, Respondents,**

v.

**H.D.R. Appellant.**

No. 74896.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 25, 1999.

Wendy Wexler Horn, Farmington, for appellant.

Shawn R. McCarver, Jefferson City, for respondent.

■

**Ronald K. HALKMON, Jr., Movant,**

v.

**STATE of Missouri, Respondent.**

No. 74877.

Missouri Court of Appeals,
Eastern District,
Division One.

May 25, 1999.

Mark A. Grothoff, Asst. Public Defender, Columbia, for appellant.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

## ORDER

PER CURIAM.

Father appeals the judgment terminating his parental rights as to B.N.R. and N.D.R. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).